UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Juan Costilla,                        )
                                      )
                                      )
            Plaintiff,                )
                                      )
     v.                               )     **JUDGMENT**
                                      )
Clifton W. Everett, Jr.,              )     No. 4:13-CV-148-BR
                                      )
            Defendant.                )
                                      )

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed without prejudice.

**This judgment filed and entered on June 24, 2013, and served on:**

Juan Costilla (via US Mail at Hyde Correctional Institution, PO Box 278, Swan Quarter, NC 27885)

June 24, 2013                         /s/ Julie A. Richards,
                                          Clerk of Court